# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

HEATHER SMITH

v.                                                                                      Case No. 24-6155

WHALECO INC. D/B/A TEMU

**INSTRUCTIONS:** WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Defendant/Appellant Whaleco Inc. d/b/a TEMU
[Party or Parties]
Appellant _____ in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✓]  On page 3 of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed who are now or have been interested in this litigation or any related proceeding. **Specifically, counsel should not include in the certificate any attorney or party identified immediately above.**

[ ]  There are no such parties, or any such parties have already been disclosed to the court.

| | |
|---|---|
| Benjamin G. Shatz | |
| Name of Counsel | Name of Counsel |
| /s/ Benjamin G. Shatz | |
| Signature of Counsel | Signature of Counsel |
| Manatt, Phelps & Phillips, LLP | |
| 2049 Century Park East, Suite 1700 | |
| Los Angeles, CA 90067; 310.312.4383 | |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| bshatz@manatt.com | |
| E-Mail Address | E-Mail Address |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date) __August 5, 2024__ via (state method of service) __electronic service via CM/ECF.__

to __Kathy R. Neal, McAfee & Taft, Two West 2nd St., Suite 1100, Tulsa, OK 74103__

(Signature) __/s/ Benjamin G. Shatz__

(Signature) _____

(*See* Fed. R. App. P. 25(b))

2

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| HEATHER SMITH<br><br>v.<br><br>WHALECO INC. D/B/A TEMU | Case No. 24-6155 |

## Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

PDD Holdings, Inc. (parent company for Defendant/Appellant Whaleco Inc.)

Counsel for Defendant/Appellant:

SCHAFFER HERRING PLLC; John A. Burkhardt
7134 S. Yale, Ste. 300, Tulsa, Oklahoma 74136
T: 918-856-5378 Email: john.burkhardt@schafferherring.com

MANATT, PHELPS & PHILLIPS LLP, John W. McGuinness, A. Paul Heeringa
151 N. Franklin Street, Ste. 2600, Chicago, Illinois 60606
T: 312-529-6300; Email: jmcguinness@manatt.com; pheeringa@manatt.com

See attached docket report from lower court for counsel for Plaintiff