# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Heather Smith, <br><br> v. <br><br> Whaleco Inc. dba Temu | Case No. 24-6155 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  **Whaleco Inc. dba Temu**
[Party Name(s)]

certifies[1] as follows:

    X    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

The parent company for Defendant/Appellant Whaleco Inc. is PDD Holdings, Inc., a publicly traded corporation, which owns 100% of Whaleco Inc.


    ☐    There is no information to disclose pursuant to Fed. R. App. P. 26.1.


August 7, 2024
Date

*s/Benjamin G. Shatz*
Signature
*Counsel for Appellant*

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                        [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

August 7, 2024_____
Date

*s/Benjamin G. Shatz*_____
Signature

403162906.1