# 10th CIR. FORM 4. DISCLOSURE STATEMENT

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

HEATHER SMITH, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

WHALECO INC., d/b/a TEMU,

      Defendant.

Case No. 24-6155
Case No. 24-6155

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____HEATHER SMITH_____

[Party Name(s)]

certifies[1] as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

August 12, 2024
Date
s/ Kathy R. Neal
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                              [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

August 12, 2024
Date

s/Kathy R. Neal
Signature