No. 24-6155

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

Heather Smith,

*Plaintiff-Appellee*,

v.

Whaleco Inc. dba Temu,

*Defendant-Appellant.*

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGiusti

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
FOR APPELLANT'S OPENING BRIEF**

Benjamin G. Shatz, BShatz@Manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000 ♦ Fax (310) 312-4224

*Attorneys for Appellant*
Whaleco Inc. dba Temu

1

# UNOPPOSED MOTION FOR A 30-DAY EXTENSION
# TO FILE APPELLANT'S OPENING BRIEF

Appellant Whaleco Inc. dba Temu moves for a 32-day extension of time to file its opening brief (currently due September 16, 2024) on Monday October 16, 2024. Counsel for appellee has no objection to this request. No party will be prejudiced by this extension.

Even exercising due diligence, Temu's counsel will be unable to file the brief on time. A draft brief has been started and significant progress has been made. However, this appeal raises numerous issues of first impression, requiring significant legal research on issues that have been addressed by many courts outside this Circuit. Appellant's appellate counsel is new to the case and is working with trial counsel. Time will be needed to finalize the draft, including allowing for review by trial counsel and the client contacts, who are located overseas.

Trial counsel, who was co-counsel below, is preparing certain sections of the brief, but has limited time to devote to this because there are intervening deadlines and because of other professional and personal scheduling conflicts impacting his availability. This includes overlapping dispositive and other motion deadlines and hearings scheduled over the next 30 to 45 days, in various other federal cases: *e.g.*, *Gonzalez v. American-Amicable Insurance,* No. 1:24-cv-00065 (S.D. Texas) (scheduling conference, oral argument on discovery motion, and discovery responses all set for or due on August 29); *Roherman v.*

*LeadsMarket,* No. 1:24-cv-00682 (S.D. Ind.) (two motions to dismiss for separate defendants due August 21, initial scheduling conference on August 29); *Jubb v. CHW Group*, No. 2:23-cv-23383 (D.N.J.) (reply in support of motion to dismiss due August 27); *Little v. Napleton Enterprises*, No. 24-cv-01357 (M.D. Fla.) (motion to dismiss or compel arbitration due August 26, scheduling conference on August 28); *Shegian v. CHW Group,* No. 24-cv-05811 (D.N.J.) (motion to dismiss due August 27); *Dobronski v. CHW Group*, 24-cv-11649 (E.D. Mich) (motion to dismiss due August 28); *King v. Whaleco*, No. 24-cv-1170 (D. Mass) (motion to dismiss or compel arbitration due Sept. 9); *Ashworth v. Goldco Direct Services,* No. 24-cv-06144 (C.D. Cal.) (motion to dismiss due September 13); *Esposito v. Hawx Services,* No. 24-cv-01694 (M.D. Fla.) (motion to dismissed due September 23); *Ewing v. GG Homes,* No. 24-cv-01223 (S.D. Cal) (reply in support of motion to dismiss due September 19); *Torres v. Roman Health,* No. 24-cv-61377 (S.D. Fla.) (motion to dismiss due August 29); *Kemen v. Cincinnati Bell*, No. 1:22-cv-00152 (S.D. Ohio) (90 day window to complete court ordered bifurcated discovery, ending September 26).

Similarly, appellate counsel has other briefs due within the timeframe as this reply brief's current deadline: e.g., a petition for review to the California Supreme Court due August 20 in *WasteXperts, Inc. v Arakelian Enterprises, Inc.*; an amicus brief in the Oregon Supreme Court in *Stone v. Walgreen*, due September 5; an opening brief

due September 11 in *Ramirez v. Law Offices of Adam Zolonz, APC* (Cal. Ct. of Appeal B334010, 2d Dist. Div. 4); and oral argument preparation for a September 11 hearing in *Chabolla v. ClassPass*, 9th Cir. 23-15999, and for an imminent hearing in *G.I. Industries v. City of Thousand Oaks* (Cal. Ct. of Appeal B330982, 2d Dist. Div. 6).

| | |
|---|---|
| August 19, 2024 | Respectfully submitted, |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/Benjamin G. Shatz* |
| | *Attorneys for Appellant* |
| | Whaleco Inc. dba Temu |

403301547.1