CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

October 2, 2024

Benjamin G. Shatz, Esq.
Manatt, Phelps & Phillips
2049 Century Park East, Suite 1700
Los Angeles, CA  90067

Frank Hedin, Esq.
Hedin Law Firm
1395 Brickell Avenue, Suite 610
Miami, FL  33131

Kathy R. Neal, Esq.
McAfee & Taft
Two West Second Street, Suite 1100
Tulsa, OK  74103

RE:  No. 24-6155 – Heather Smith v. Whaleco, Inc.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 1, 2024**.

Sincerely,

David W. Aemmer

DWA:dm