CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

October 18, 2024

Benjamin G. Shatz, Esq.
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Frank S. Hedin, Esq.
Arun G. Ravindran, Esq.
Hedin LLP
1395 Brickell Avenue, Suite 610
Miami, FL 33131

Kathy R. Neal, Esq.
Mary Quinn Cooper, Esq.
McAfee & Taft, P.C.
Two West Second Street, Suite 1100
Tulsa, OK 74103

RE: No. 24-6155 – Heather Smith v. Whaleco, Inc.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 15, 2024**.

Sincerely,

*/s/ David W. Aemmer*

David W. Aemmer

DWA:dm