UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. WolpertJane K. Castro
Clerk of CourtChief Deputy Clerk

November 15, 2024

Mr. John Alfred Burkhardt Jr.
Schaffer Herring Law Firm
7134 South Yale Avenue, Suite 300
Tulsa, OK 74136

Mr. Benjamin G. Shatz
Manatt, Phelps & Phillips
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

**RE:24-6155, Smith v. Whaleco**
Dist/Ag docket: 5:23-CV-00559-D

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix is not fully searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The bookmarks contained in the appendix do not adequately identify the pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing in the district court (for example: 10 Response to Motion: 2/10/2013).

You must file a corrected appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Mary Quinn Cooper
Frank Hedin
Edwin Powell Miller
Kathy R. Neal
Arun Ravindran

CMW/art