No. 24-6155
_____

**IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**
_____

Heather Smith,
*Plaintiff-Appellee,*

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant.*
_____

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGuisti
_____

**UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES - FOR PLAINTIFF-APPELLEE'S ANSWERING BRIEF AND DEFENDANT-APPELLANT'S REPLY BRIEF**
_____

| | |
|---|---|
| Mary Quinn Cooper | Frank S. Hedin |
| Kathy R. Neal | Arun G. Ravindran |
| MCAFEE AND TAFT, P.C. | HEDIN, LLP |
| Two W. Second Street, Suite 1100 | 1395 Brickell Ave., Suite 1140 |
| Tulsa, Oklahoma 74103 | Miami, Florida 33134 |
| (918) 587-0000 | (305) 357-2107 |
| (918) 574-3120 (fax) | (305) 200-8801 (fax) |

*Attorneys for Plaintiff-Appellee*
_____

## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES - FOR PLAINTIFF-APPELLEE'S ANSWERING BRIEF AND DEFENDANT-APPELLANT'S REPLY BRIEF

Plaintiff moves, and Defendant does not oppose and concurs in the relief requested herein, to extend the deadline for Plaintiffs to respond to Defendant's opening brief by thirty days, and, concurrently, to extend Defendant's reply deadline by 14 days.

Plaintiff's answering brief is currently due on December 18, 2024, and Plaintiff moves for an enlargement of time of thirty days, which would set the deadline as January 17, 2025. Based on this deadline, Defendant's reply brief would be due February 7, 2025. Concurrently, Plaintiff moves for an enlargement of time of 14 days for Defendant's reply brief, to be set as February 21, 2025.

Counsels' obligations in this Court and various other courts and the end of the year holiday period require them to seek an extension of time in which to file the aforementioned briefs.

Counsel believes that they will be able to better and more concisely present their arguments if they are granted the requested extensions to the briefing schedule to file their respective briefs.

This is Plaintiff's first request for an extension of time to file

Plaintiff's answering brief. Defendant's opening brief, for its part, was previously extended from an initial deadline of September 16, 2024 to November 15, 2024.

For the foregoing reasons, Plaintiff respectfully requests an enlargement of time of thirty days for Plaintiff to respond to Defendant's opening brief to January 17, 2025, and, concurrently, for an enlargement of 14 days for Defendant to file its reply brief to February 21, 2025.

Dated: December 6, 2024        Respectfully submitted,

*/s/ Kathy R. Neal*
Mary Quinn Cooper
Kathy R. Neal
MCAFEE & TAFT, P.C.
Two W. Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 574-3120 (fax)

and

Frank S. Hedin
Arun G. Ravindran
HEDIN, LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33134
(305) 357-2107
(305) 200-8801 (fax)

*Attorneys for Plaintiff-Appellee*