UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 17, 2025

Mrs. Mary Quinn Cooper
McAfee & Taft
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, OK 74103

Mr. Edwin Powell Miller
950 West University Drive
#300
Rochester, MI 48307-0000

Ms. Kathy R. Neal
McAfee & Taft
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, OK 74103

Mr. Frank Hedin
Arun Ravindran
Hedin Law Firm
1395 Brickell Avenue, Suite 610
Miami, FL 33131

**RE:**     **24-6155, Smith v. Whaleco**
           Dist/Ag docket: 5:23-CV-00559-D

Dear Counsel:

Appellee's brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: John Alfred Burkhardt Jr.
Benjamin G. Shatz

CMW/at