No. 24-6155
_____

**IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**
_____

Heather Smith,
*Plaintiff-Appellee*,

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant*.

_____

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGuisti

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

Frank S. Hedin
HEDIN, LLP
1395 Brickell Ave., Suite 1140
Miami, Florida 33134
(305) 357-2107
(305) 200-8801 (fax)

*Attorneys for Plaintiff-Appellee*
_____

# **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Arun G. Ravindran, formerly of Hedin, LLP, as well as Frank S. Hedin, Mary Quinn Cooper, and Kathy R. Neal ("Movants"), hereby move this Court for leave to allow Arun G. Ravindran to withdraw as counsel for Plaintiff-Appellee Heather Smith. In support of this motion, Movants state as follows:

1. Effective January 31, 2025, Mr. Ravindran is no longer an attorney with Hedin, LLP, and no longer represents Plaintiff-Appellee Heather Smith.

2. Plaintiff-Appellee Heather Smith will continue to be represented by Frank S. Hedin, of Hedin, LLP, as well as Mary Quinn Cooper and Kathy R. Neal, of McAfee & Taft, P.C.

3. There will be no prejudice to Plaintiff-Appellee or to any existing deadlines in this matter should the Court grant Mr. Ravindran leave to withdraw as counsel for Plaintiff-Appellee.

WHEREFORE, Movants request the Court grant their Motion to Withdraw as Counsel of Record, allowing Mr. Ravindran leave to withdraw from this matter.

Respectfully submitted,

*s/Arun Ravindran*
Arun Ravindran
Ravindran Law Firm, PLLC
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
Office: (305) 677-8713
Direct: (305) 537-0029

and

Frank S. Hedin
Arun G. Ravindran
HEDIN, LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33134
(305) 357-2107
(305) 200-8801 (fax)

Mary Quinn Cooper
Kathy R. Neal
McAfee & Taft, P.C.
Two W. Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 574-3120 (fax)

*Attorneys for Plaintiff-Appellee*