FILED
United States Court of Appeals
Tenth Circuit

April 7, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

VALERIE EAKINS, individually and on behalf of all others similarly situated,

Plaintiff - Appellee,

v.

WHALECO, INC., d/b/a TEMU,

Defendant - Appellant.

No. 24-6048
(D.C. No. 5:23-CV-00560-J)
(W.D. Okla.)

HEATHER SMITH, individually and on behalf of all others similarly situated,

Plaintiff - Appellee,

v.

WHALECO INC., d/b/a TEMU,

Defendant - Appellant.

No. 24-6155
(D.C. No. 5:23-CV-00559-D)
(W.D. Okla.)

## ORDER

At the direction of the panel of judges assigned to decide the merits of these appeals, these matters are consolidated for a single oral argument on May 15, 2025. Appellant will be allotted 20 minutes to present oral argument for both appeals.

Appellees, collectively, will also be allotted 20 minutes to present oral argument for both appeals.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk