No. 24-6155
*Oral Argument scheduled for May 15*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Heather Smith,
*Plaintiff-Appellee,*

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant.*

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGuisti

# NOTICE OF IMMINENT RESOLUTION AND ANTICIPATED
# PRE-ARGUMENT DISMISSAL OF APPEALS

Benjamin G. Shatz (BShatz@Manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000 ♦ Fax (310) 312-4224

*Attorney for Appellant*
Whaleco Inc. d/b/a Temu

# NOTICE OF IMMINENT RESOLUTION AND ANTICIPATED PRE-ARGUMENT DISMISSAL OF APPEALS

Having engaged a retired federal judge at JAMS for mediation, the parties to *Eakins v. Whaleco* and *Smith v. Whaleco* have now resolved their entire disputes in principle and are in the process of documenting their agreement. Accordingly, since the parties anticipate filing a request for dismissal of the appeals shortly, they request that this Court remove the appeals from the oral argument calendar of May 15, 2025.

| | |
|---|---|
| April 28, 2025 | Respectfully submitted, |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/Benjamin G. Shatz* |
| |    *Attorney for Appellant* |
| |    Whaleco Inc. d/b/a Temu |
| April 28, 2025 | Respectfully submitted, |
| | HEDIN LAW FIRM |
| | By: *s/Frank Hedin* |
| |    *Attorney for Respondent* |
| |    Valerie Eakins |
| | 1395 Brickell Avenue, Suite 610 |
| | Miami, FL 33131 |
| | (305) 357-2107 |
| | fhedin@hedinllp.com |