Nos. 24-6048 & 24-6155
*Oral Argument scheduled for May 15*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Victoria Eakins (No. 24-6048),
*Plaintiff-Appellee*,

Heather Smith (No. 24-6155),
*Plaintiff-Appellee*,

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant*.

On appeals from an Orders Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGuisti
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00560-J
The Honorable Bernard M. Jones

## UNOPPOSED MOTION TO TAKE APPEALS OFF CALENDAR

Benjamin G. Shatz (BShatz@Manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000 ♦ Fax (310) 312-4224

*Attorney for Appellant*
Whaleco Inc. d/b/a Temu

**UNOPPOSED MOTION TO TAKE APPEALS OFF CALENDAR**

      Having engaged a retired federal judge at JAMS for mediation, the parties to *Eakins v. Whaleco* and *Smith v. Whaleco* have now resolved their entire disputes in principle and are in the process of documenting their agreement. Accordingly, since the parties anticipate filing a request for dismissal of the appeals shortly, the parties jointly move this Court to take the appeals off the oral argument calendar of May 15, 2025. Appellant Whaleco believes that the appeals are not suitable for submission on the briefs.

| | |
|---|---|
| April 28, 2025 | Respectfully submitted, |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/Benjamin G. Shatz* |
| |    *Attorney for Appellant* |
| |    Whaleco Inc. d/b/a Temu |
| April 28, 2025 | Respectfully submitted, |
| | HEDIN LAW FIRM |
| | By: *s/Frank Hedin* |
| |    *Attorney for Appellees* |
| |    Valerie Eakins and Heather Smith |
| | 1395 Brickell Avenue, Suite 610 |
| | Miami, FL 33131 |
| | (305) 357-2107 |
| | fhedin@hedinllp.com |