FILED
United States Court of Appeals
Tenth Circuit

April 29, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| VALERIE EAKINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>WHALECO, INC., d/b/a TEMU,<br><br>    Defendant - Appellant. | No. 24-6048<br>(D.C. No. 5:23-CV-00560-J)<br>(W.D. Okla.) |
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>WHALECO INC., d/b/a TEMU,<br><br>    Defendant - Appellant. | No. 24-6155<br>(D.C. No. 5:23-CV-00559-D)<br>(W.D. Okla.) |

_____

**ORDER**

_____

These matters are before the court on the party's joint *Unopposed Motion to Take Appeals Off Calendar*. At the direction of the panel of judges assigned to hear argument in these appeals, the motion is GRANTED. Oral argument scheduled for May 15, 2025 is vacated and counsel scheduled to appear in Denver, Colorado are excused from attendance. Also, these matters are ABATED pending further order of the court. Within

30 days of the date of this order the parties shall file either a stipulated motion to dismiss these appeals or a joint status report to advise the court of the status of their settlement discussions.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk