No. 24-6155

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Heather Smith,
*Plaintiff-Appellee,*

v.

Whaleco Inc. d/b/a Temu,
*Defendant-Appellant.*

On appeal from an Order Denying Arbitration
U.S. District Court, W.D. Oklahoma No. 5:23-cv-00559-D
The Honorable Timothy D. DeGiusti

**STIPULATED MOTION TO
VOLUNTARILY DISMISS APPEAL**

Benjamin G. Shatz (BShatz@Manatt.com)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000 ♦ Fax (310) 312-4224

*Attorney for Appellant*
Whaleco Inc. d/b/a Temu

# STIPULATED MOTION TO
# VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal. The parties have agreed that each side shall bear their own costs and fees on appeal.

| | |
|---|---|
| May 27, 2025 | Respectfully submitted, |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | By: *s/Benjamin G. Shatz* |
| |     *Attorney for Appellant* |
| |     Whaleco Inc. d/b/a Temu |
| May 27, 2025 | Respectfully submitted, |
| | HEDIN LAW FIRM |
| | By: *s/Frank Hedin* |
| |     *Attorney for Appellee* |
| |     Heather Smith |
| | 1395 Brickell Avenue, Suite 610 |
| | Miami, FL 33131 |
| | (305) 357-2107 |
| | fhedin@hedinllp.com |