FILED  
United States Court of Appeals  
Tenth Circuit  

June 9, 2025  

Christopher M. Wolpert  
Clerk of Court  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated, | |
| Plaintiff - Appellee, | |
| v. | No. 24-6155 (D.C. No. 5:23-CV-00559-D) (W.D. Okla.) |
| WHALECO INC., d/b/a TEMU, | |
| Defendant - Appellant. | |

_____

**ORDER**

_____

Before **TYMKOVICH**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

_____

This matter is before the court on the parties' *Stipulated Motion to Voluntarily Dismiss Appeal*. As an initial matter, the abatement of this appeal is lifted.

The stipulation filed by the parties to dismiss the captioned appeal is granted. See Fed. R. App. P. 42(b). Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk